UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-07798-JLS-JC                              Date: April 22, 2026
Title:  Perry Bruno et al v. Dr. Squatch, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

The Court is in receipt of the Parties' Joint Status Report filed on April 14, 2026. (Joint Status Report, Doc. 46.)  The Status Report states that Plaintiffs' motion for preliminary approval of class settlement remains pending in Los Angeles County Superior Court, with a hearing scheduled for July 15, 2026, and requests that the Court continue to stay this action while the settlement is pending.  (*Id.* at 2.)

As this case was removed from the Los Angeles County Superior Court and as the parties now seek to have the case resolved in that same court and have filed a consolidated class action complaint in that court, they are ORDERED TO SHOW CAUSE within **10 days** as to why this action should not be either dismissed or remanded to state court.

Initials of Deputy Clerk: kd